CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

SAILAJA M. PAIDIPATY (NYBN 5160007)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    sailaja.paidipaty@usdoj.gov

Attorneys for United States of America

```
FILED

Jul 28 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:26-mj-70990 MAG |
| Plaintiff, | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | |
| HANLON JOHNSON, and EASLA HARVEY | |
| Defendants. | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on or about July 28, 2026, the above-named defendants were arrested pursuant to the arrest warrants (copies attached) issued upon an

☒      Indictment

☐      Information

☐      Criminal Complaint

☐      Other (describe) _____

pending in the Eastern District of Michigan, Case Number 26-cr-20466.

v. 8/29/2025

In that case (copy of indictment attached), the defendants are charged with a violation of Title 18 United States Code, Section 1956(h).

Description of Charges: the defendants are alleged to have laundered money that constituted proceeds of the distribution of controlled substances.

The maximum penalties are as follows:

- Term of imprisonment: 20 years

- Term of supervised release: 3 years

- Fine: $500,000 or twice the value of the gross gain

- Forfeiture

- Restitution (if applicable)

- Mandatory $100 special assessment

- Immigration consequences (if applicable)

Respectfully Submitted,

CRAIG H. MISSAKIAN
UNITED STATES ATTORNEY

Date: July 28, 2026

_____/s/_____
 SAILAJA M. PAIDIPATY
Assistant United States Attorney

v. 8/29/2025



# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

D-1 HANLON JOHNSON, and
D-2 EASLA HARVIE,

Defendants.

_____/

Case: 2:26-cr-20446
Assigned To : Parker, Linda V.
Referral Judge: Altman, Kimberly G.
Assign. Date : 7/15/2026
Description: SEALED MATTER (SS)

Violation:
18 U.S.C. § 1956(h)

## Indictment

The Grand Jury charges that:

### Count One
### Conspiracy to Launder Monetary Instruments
### 18 U.S.C. § 1956(h)

From in or around January 2025, through in or around December 2025, in the Eastern District of Michigan, and elsewhere, the defendants, HANLON JOHNSON and EASLA HARVEY, knowingly combined, conspired, and agreed with other persons known and unknown to the Grand Jury, to commit offenses in violation of Title 18, United States Code, Section 1956, to wit:

(1) to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which

transactions involved the proceeds of a specified unlawful activity, that

is, possession of a controlled substance with intent to distribute and

distribution of a controlled substance, in violation of Title 21, United

States Code, Section 841(a)(1), and conspiracy to commit those offenses,

in violation of Title 21, United States Code, Section 846, knowing that

the transactions were designed in whole or in part to conceal and

disguise the nature, location, source, ownership, and control of the

proceeds of specified unlawful activity, and knowing, while conducting

and attempting to conduct such financial transactions, that the

property involved in the financial transactions represented the proceeds

of some form of unlawful activity, in violation of Title 18, United States

Code, Section 1956(a)(1)(B)(i); and

(2)   to knowingly conduct and attempt to conduct financial

transactions affecting interstate and foreign commerce, which

transactions involved the proceeds of a specified unlawful activity, that

is, possession of a controlled substance with intent to distribute and

distribution of a controlled substance, in violation of Title 21, United

States Code, Section 841(a)(1), and conspiracy to commit those offenses,

2

in violation of Title 21, United States Code, Section 846, knowing that the transactions were designed in whole and in part to avoid a transaction reporting requirement under State or Federal law, and knowing, while conducting and attempting to conduct such financial transactions, that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(ii);

All in violation of Title 18, United States Code, Section 1956(h).

## Forfeiture Allegations

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture under Title 18, United States Code, Section 982(a)(1).

Pursuant to Title 18, United States Code, Section 982(a)(1), upon conviction of the money laundering offense charged in Count One of the Indictment, the defendants shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property.

3

As part of the forfeiture in this case and upon conviction of the defendants, the United States intends to seek entry of forfeiture money judgments against the defendants representing the value of the property involved in the violation of Count One of the Indictment.

If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

**This is a True Bill.**

/s/ Grand Jury Foreperson
Grand Jury Foreperson

Jerome F. Gorgon Jr.
United States Attorney

/s/ Thomas Franzinger
Thomas Franzinger
Chief, Organized Crime Unit

/s/ Paul A. Kuebler
Paul A. Kuebler
Assistant United States Attorney

Dated: July 15, 2026

5

Case: 2:26-cr-20446
Assigned To : Parker, Linda V.
Referral Judge: Altman, Kimberly G.
Assign. Date : 7/15/2026
Description: SEALED MATTER (SS)

| United States District Court<br>Eastern District of Michigan | Criminal Case Co |
|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | **AUSA's Initials:** _JK_ |

**Case Title:** USA v.  Hanlon Johnson, et. al.

**County where offense occurred :**  Wayne

**Check One:**    ☒ Felony          ☐ Misdemeanor          ☐ Petty

✓ Indictment/_____Information --- **no** prior complaint.
_____Indictment/_____Information --- based upon prior complaint [**Case number:** _____]
_____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

July 15, 2026
_____
Date

s/Paul Kuebler
_____

Paul Kuebler, Assistant U.S. Attorney
211 W. Fort St., Ste 2001
Detroit, MI 48226
Fax:    313-226-2311
E-Mail address: Paul.Kuebler@usdoj.gov
Attorney Bar #: NY4268561

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.